# 906 CASES REPORTED WITH BRIEF SYLLABI.

The People of the State of New York ex rel. Charles R. Savage (Frederick W. Savage), Appellant, v. Richard H. Hutchings, Superintendent of the St. Lawrence State Hospital, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Edgar Robinson, Respondent, v. Binghamton Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.

William Scharff, Respondent, v. John H. Jackson, Appellant.—Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Savilla F. Smith, as Administratrix, etc., of Christopher Smith, Deceased, Respondent, v. The State of New York, Appellant.—Determination affirmed, with costs. All concurred, except Smith, P. J., dissenting.

Norman Stark v. Atlantic, Gulf and Pacific Company.— Motion denied.

Charles H. Teeter, Respondent, v. Fred M. Carpenter, Appellant.— Judgment and order unanimously affirmed, with costs.

Vischer's Ferry Bridge Company, Appellant, v. Acme Engineering and Contracting Company, The Canal Board, and Others, Respondents.— Order affirmed. Judgment affirmed, with costs. All concurred.

Franklin J. Viele, Respondent, v. Fort Miller Pulp and Paper Company, Appellant.—Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of Cornelius M. Carney, Respondent, v. Thomas F. Powers, Appellant.— Order settled.

In the Matter of the Application of Elizabeth T. Pratt, Respondent, v. Thomas F. Powers, Appellant.— Order settled.

In the Matter of the Application of James Carney, Respondent, v. Thomas F. Powers, Appellant.— Order settled.

The People of the State of New York ex rel. The Board of Education of the City of New York, Appellant, v. John H. Finley, as Commissioner of Education of the State of New York, and William H. Maxwell, as City Superintendent of Schools of the City of New York, Respondents.— Order settled by having it recite that the order appealed from is affirmed as a matter of law and not in the exercise of discretion.

Elizabeth McCaughan, as Administratrix, etc., of James B. McCaughan, Deceased, Respondent, v. The Home Savings Bank of the City of Albany, Appellant.— Motion denied.

William E. Young, Appellant, v. Grenville M. Ingalsbe, as Executor, etc., of Lyman H. Northup, Deceased, Respondent.— Motion denied.

In the Matter of the Examination of Seymour D. Decker, Judgment Debtor, in Proceedings Supplementary to Execution upon the Application of American Slicing Machine Company, Judgment Creditor, under a Judgment Recovered in an Action Entitled "Supreme Court, Broome County, American Slicing Machine Company v. Seymour B. Decker."—Motion granted, unless within thirty days the appellant serves upon the respondent printed papers upon appeal, which he may do; if such papers be so served the motion is denied.

John P. Failing v. John S. Grounds.— Motion denied.

Donald C. MacPherson v. Buick Motor Company.— Motion granted.